IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRONE A. WHITE,

    Petitioner,        No. CIV S-08-0237 FCD JFM P

    vs.

J. WALKER, Warden,

    Respondent.        <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file and serve an opposition to respondent's April 30, 2008 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's May 22, 2008 request for an extension of time is granted; and

    2. Petitioner is granted twenty-one days from the date of this order in which to file and serve an opposition to respondent's April 30, 2008 motion to dismiss. No further extensions of time will be granted.

DATED: May 29, 2008.

UNITED STATES MAGISTRATE JUDGE

/mp/001; whit0237.111