1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    TYRONE A. WHITE,

11              Petitioner,                    No. 2:08-cv-0237 FCD JFM (HC)

12        vs.

13    J. WALKER, Warden,

14              Respondent.              ORDER

15    _____/

16              Petitioner has requested an extension of time to file and serve objections to the

17    June 18, 2008 findings and recommendations.  Good cause appearing, IT IS HEREBY

18    ORDERED that:

19              1.  The July 17, 2008 order adopting the findings and recommendations and

20    judgment are hereby vacated;

21              2.  Petitioner's July 21, 2008 request for an extension of time is granted; and

22              3.  Petitioner is granted twenty-one days from the date of this order in which to

23    file and serve objections to the June 18, 2008 findings and recommendations.

24    DATED: August 5, 2008.

25

26    _____
      FRANK C. DAMRELL, JR.
      UNITED STATES DISTRICT JUDGE