IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRONE A. WHITE,

        Petitioner,                No. 2:08-cv-0237-FCD-JFM (HC)

    vs.

J. WALKER, Warden,

        Respondent.             ORDER

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 18, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On August 6, 2008, the court granted petitioner an additional 21 days to file and serve objections to the findings and recommendations. That time has now passed and neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed June 18, 2008, are adopted in full;

2. Respondent's April 30, 2008 motion to dismiss is granted; and

3. This action is dismissed as barred by the statute of limitations.

DATED: September 10, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE